**CHONG SU YI, Plaintiff–Appellant,**

v.

**CABLE NEWS NETWORK, Defendant–Appellee.**

No. 14–2355.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 20, 2015.

Chong Su Yi, Appellant Pro Se.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Yi v. Cable News Network*, No. 8:14–cv–03671–DKC (D.Md. Nov. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*